

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
09/20/2012

IN RE: §
§
JCP PROPERTIES, LTD. § CASE NO. 11-70827-M-11
§
§ CHAPTER 11

## ORDER APPROVING DISCLOSURE STATEMENT OF DEBTOR JCP PROPERTIES, LTD.

Came for consideration the *Disclosure Statement of Debtor, JCP Properties, LTD.* (the "Disclosure Statement"), filed in the above-referenced case, and the Court, having considered the same, finds that the Disclosure Statement meets the requirements of the applicable provisions of the Bankruptcy Code and has been approved by all creditors pursuant to the Order on Debtor's Disclosure Statement and hereby APPROVES the Disclosure Statement.

Ordered that Debtor shall mail copies of the Disclosure Statement, Chapter 11 Plan, and a ballot to all parties entitled to vote and to all the parties in interest;

Ordered that the Debtor is authorized to solicit votes on its Plan;

Ordered that all parties entitled to vote on the Debtor's Plan shall cast ballots by mailing same to the Debtor's attorney and by filing it with the Clerk of this Court;

Ordered that all objections to Debtor's plan shall be served on the Debtor's attorney and filed with the Clerk of the Court; and

Ordered that a hearing on the confirmation of the Debtor's Plan shall be heard on **October 24, 2012** at **9:00 a.m.** in the United States Bankruptcy Courtroom, 1701 Bus. Hwy. 83, McAllen, Texas.

DATED: September 19, 2012.

RICHARD S. SCHMIDT
United States Bankruptcy Judge