

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

ENTERED
06/19/2015

| | | |
|---|---|---|
| In re: | § | CASE NO. 11-70827-M-11 |
| | § | |
| JCP Properties, Ltd. | § | |
| Debtors | § | CHAPTER 11 |

## ORDER TO REOPEN CHAPTER 11 CASE

CAME ON FOR CONSIDERATION JCP Properties, Ltd.'s Expedited Motion to Reopen Bankruptcy Case, and having considered same the Court finds that it is meritorious and the Motion to Reopen should be GRANTED. It is therefore

ORDERED that the chapter 11 bankruptcy case of JCP Properties, Ltd. 11-70827-M-11, which was closed on November 29, 2012, is REOPENED upon entry of this order.

Dated: JUN 1 9 2015

_____
UNITED STATES BANKRUPTCY JUDGE