

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
07/16/2015

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JCP Properties, LTD | § | Chapter 11 |
| 1020 Jessie St. #9 | § | |
| Weslaco, TX 78596 | § | |
| | § | |
| | § | |
| Debtor. | § | Case No. 11-70827 |
| | § | |

**ORDER GRANTING MOTION TO CONFIRM TERMINATION OF
AUTOMATIC STAY FILED BY RREF CB SBL II-TX, LLC**

On June 30, 2015, a *Motion to Confirm Termination of the Automatic Stay* (the "**Motion**") was filed by RREF CB SBL II-TX, LLC ("**RREF**") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response before 7 days of the hearing on the Motion. The Court finds that good cause exists for the entry of the following Order.

It is therefore **ORDERED** that the Motion filed by RREF on June 30, 2015 is hereby GRANTED so as to authorize the relief set forth in this Order.

It is further **ORDERED** that the automatic stay of 11 U.S.C. § 362 is terminated as to RREF, its direct affiliates, subsidiaries, parents, successors, and assigns, to permit a foreclosure sale of the following described real property and to pursue any additional remedies available under applicable non-bankruptcy law and the Loan Documents to the exclusion of the Debtor and other parties-in-interest:

> All of Lots 3, 4, 7, and 8, BONITA HOMES SUBDIVISION, an
> Addition to the City of Weslaco, Hidalgo County Texas,

> **according to the map recorded in Volume 45, page 153, Map Records in the Office of the County Clerk of Hidalgo County, Texas.**

It is further **ORDERED** that the Provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not impede the enforcement and implementation of the relief afforded RREF in this Order.

It is further **ORDERED** that the Debtors are liable to RREF in the amount of $1,000.00 as reasonable attorneys' fees incurred by RREF arising from the procurement of this Order. The Debtors shall deliver to RREF within ten (10) days after the entry of this Order on the Court's docket the amount of $1,000.00 as reasonable attorneys' fees incurred by RREF arising from the procurement of this Order.

### End of Order ###

Signed on July 16, 2015

_____
THE HONORABLE RICHARD SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

Gardere01 - 6770139v.1